IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

BOBBY WALKER, #280157,  )
)
    Plaintiff,  )
)
v.  )  CIVIL ACT. NO. 2:18-cv-770-ECM
)  (WO)
JOSEPH E. ZEIGLER, *et al.*,  )
)
    Defendants.  )

## **O R D E R**

On February 6, 2019, the Magistrate Judge entered a Recommendation (doc. 16) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED as follows that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case be and is hereby DISMISSED without prejudice for the Plaintiff's failure to comply with the orders of this Court.

A Final Judgment will be entered.

Done this 22nd day of March, 2019.

                      /s/Emily C. Marks
                      EMILY C. MARKS
                      CHIEF UNITED STATES DISTRICT JUDGE